Antonio Acevedo
717 Brianna Way
Corona CA 92879
Email: Gvera986@yahoo.com
Phone: (909) 519-2675
no Fax
In Pro Se



FEE PAID

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-5 Mortgage Pass-Through Certificates, Series 2007-5, <br><br> Plaintiff, <br><br> vs. <br><br> Antonio Acevedo, Eugenia Acevedo, and DOES 1-5, <br><br> Defendants. | CASE NO. ED CV17-02021 KK <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT; EXHIBIT "A"** <br><br> 28 U.S.C §1443 |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to the provision of 28 U.S.C. §§1331, 1343(3), 1441, 1443, 1983; Fifth and Fourteenth Amendment to the United States Constitution the named Defendant, Antonio Acevedo ("Acevedo"), hereby removes the above entitled action from the Superior Court of the State of California, County of Riverside, to the United States District Court for the Central District of California, the Complaint filed in by Plaintiff

Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-5 Mortgage Pass-Through Certificates, Series 2007-5, ("Deutsche") entitled Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-5 Mortgage Pass-Through Certificates, Series 2007-5 v. Antonio Acevedo, Eugenia Acevedo, and DOES 1-5, being Cause No. RIC1716981 (the "State Action"). The basis upon which the State Action is removable is set forth below:

## I. PROCEDURAL HISTORY

1. On September 12, 2017, Plaintiff initiated the State Action by filing a Complaint for Unlawful Detainer seeking possession of property located at 717 Brianna Way, Corona CA 92879.
2. Defendant was not appropriately served with the Summons and Complaint.

## II. THE DISTRICT COURT HAS SUBJECT MATTER JURISDICTION OVER THE ACTION

1. Defendant's removal arises under Sixth and Fourteenth Amendment to the United State Constitution for violations of the state court's due process regulations.
2. The presence of federal questions therefore establishes subject matter jurisdiction with this Court pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1443.
3. This court has supplemental jurisdiction over defendant's state law claims pursuant to 28 U.S.C. §1367.
4. Defendant's removal is also based on 28 U.S. Code § 1332, diversity jurisdiction because Plaintiff and Defendant are citizens of different states. Plaintiff is foreign company not registered in California and Defendant is resident of State of California.
5. Also amount in controversary exceeds $75,000 because is subject to the title of the property that is valued at more than $1,125,000.00.

////

////

////

## III. TIMELINESS OF REMOVAL

1. This Notice of Removal is timely under 28 U.S.C. §1446(b), and Rule 6(a) of Fed. R. Civ. P., because defendant has not been properly served with a copy of the state summons and complaint.

## IV. VENUE

1. Venue is proper pursuant to 28 U.S.C. §1391(a) because the issues subject to removal happened in this district. Additionally, the constitutional violations of state court occurred in this jurisdiction. Venue is proper pursuant to 12 U.S.C. §2614 because the property involved is located in the State of California.

## V. CONSENT AND NOTICE

1. Undersigned represents there are three defendants in this action who have not been served with state complaint effective the date of this Notice.

2. Pursuant to 28 U.S.C. §1446(d) and LRCiv 3.7, a copy of this Notice of Removal will be promptly filed with the clerk of the Superior Court of California, Los Angeles County, and a copy is being served with Plaintiff.

## VI. PLEADINGS AND PROCESS

1. In accordance with 28 U.S.C. §1446(a), attached as Exhibit "A" is "a copy of all process, pleadings, and orders served upon" Defendant in the State Court Action.

## VII. NO ADMISSION OF FACT, LAW OR LIABILITY AND RESERVATION OF DEFENSES

1. No admission of facts, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

Respectfully submitted,

Dated: October 01, 2017

_____
Antonio Acevedo
In Pro Se

3
NOTICE OF REMOCAL

**EXHIBIT "A"**

**SUM-130**

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 1 2 2017

E. OLIVAS

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* ANTONIO ACEVEDO, EUGENIA ACEVEDO, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito.) Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 MAIN STREET P.O. BOX 431
RIVERSIDE, CA 92501
HISTORIC COURTHOUSE   LIMITED CIVIL CASE

**CASE NUMBER** *(Número del Caso):* RIC 1716981

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
TFLG A LAW CORPORATION                                    (530) 750-3700
ERIC G. FERNANDEZ (SBN: 269684)
NOAH M. BEAN (SBN: 257657)
202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: SEP 1 2 2017                                    Clerk, by E. OLIVAS, Deputy
*(Fecha)*                                              *(Secretario)*           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as an occupant
   d. ☒ on behalf of *(specify)*: All Other Occupants
      under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☒ CCP 416.46 (occupant)               ☐ other *(specify)*:
   5. ☒ by personal delivery on *(date)*: 9·18·17

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 41
5.456.1 167
www.courtinfo.ca.gov

5

**SUM-130**

| PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 | CASE NUMBER: |
|---|---|
| DEFENDANT: ANTONIO ACEVEDO, EUGENIA ACEVEDO, and DOES 1-5 | |

6. Unlawful detainer assistant *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:




   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

TFLG, A LAW CORPORATION
ERIC G. FERNANDEZ (SBN: 269684)
NOAH M. BEAN (SBN: 257657)
202 COUSTEAU PLACE, SUITE 260
DAVIS, CALIFORNIA 95618
TELEPHONE: (530) 750-3700
FACSIMILE: (530) 750-3366

Attorney for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
SEP 1 2 2017
E. OLIVAS

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE
## HISTORIC COURTHOUSE
## LIMITED CIVIL CASE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO ACEVEDO, EUGENIA ACEVEDO, and DOES 1-5, <br><br> Defendants. | Case No. RIC 1716981 <br><br> **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER** <br><br> Action based on Code of Civil Procedure Sections 1161a and 1161b <br><br> AMOUNT DEMANDED DOES NOT EXCEED $10,000 |

BY FAX

Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 ("Plaintiff") alleges:

1. Plaintiff is, and was at all times mentioned herein, qualified to do business in California or exempt from qualification under Corporations Code Section 191(d).

2. The real property, possession of which is sought in this action, is situated in Riverside County, California, in the above-named judicial district, and is commonly described as: 717 Brianna Way, Corona, California 92879, Assessor's Parcel Number 115-651-006-7 ("the

1
**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

Property").

3. The true names and capacities of Does 1 through 5, inclusive, are presently unknown to Plaintiff, who therefore sues such defendants under such fictitious names pursuant to Code of Civil Procedure Section 474. Plaintiff is informed and believes, and on such information and belief alleges, that each such "Doe" defendant is in possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the true names and capacities of said defendants when the same have been ascertained.

4. On May 17, 2017, the Property was sold to Plaintiff in accordance with Civil Code Section 2924 et seq. under a power of sale contained in a Deed of Trust dated January 30, 2007, executed by ANTONIO ACEVEDO, AND EUGENIA ACEVEDO, Husband and wife as joint tenants, as Trustor. Plaintiff's title pursuant to the sale has been duly perfected and a Trustee's Deed conveying title to Plaintiff has been duly recorded in the official records of the county in which the Property is situated. A true and correct copy of said Trustee's Deed is attached hereto, marked as **Exhibit "A"**, and incorporated herein by this reference.

5. Plaintiff is the owner of, and entitled to immediate possession of the Property.

6. On June 6, 2017, in the manner provided by law, Plaintiff caused to be served on Defendants ANTONIO ACEVEDO and EUGENIA ACEVEDO ("Defendants") a written notice requiring Defendants to vacate and deliver up possession of the Property to Plaintiff within ninety (90) days after service of said notice. A true and correct copy of said Notice is attached hereto, marked as **Exhibit "B"**, and made a part hereof. The Notice was served in the manner provided by law and as more particularly described in the attached Proof of Service, marked as **Exhibit "C"**, which is incorporated herein by this reference.

7. More than ninety (90) days have elapsed since the service of said Notice, but Defendants have failed and refused to deliver up possession of the Property.

8. Defendants continue in possession of the Property without Plaintiff's permission or consent.

9. The reasonable value for the use and occupancy of the Property is the sum of $110.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof have

1 accrued at said rate since September 5, 2017, and will continue to accrue at said rate so long as
2 Defendants remain in possession of the Property.
3     10.     Pursuant to Evidence Code Section 453, Plaintiff states that at the time of trial
4 it will request judicial notice be taken of certified copy of the recorded document referred to in
5 paragraph four (4) hereof and all proofs of service then on file herein.
6     WHEREFORE, Plaintiff prays judgment against Defendants as follows:
7     1.     For restitution and possession of the Property;
8     2.     For damages in the amount of $110.00 per day from September 5, 2017, and
9     for each day that Defendants continue in possession of the Property through
10     the date of entry of judgment; and
11     3.     For costs and for such other and further relief as the court may deem just and
12     proper.

TFLG, A Law Corporation

Dated: September 6, 2017

By: _____
NOAH M. BEAN, ESQ.
Attorney for Plaintiff
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR GSAA
HOME EQUITY TRUST 2007-5
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-5

3

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

## VERIFICATION

I, the undersigned, declare:

I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

I am the attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5, a party to this action. Such is absent from the county where I have my office. For that reason, I am making this verification for and on behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of September, 2017, at Davis, California.

By: _____
NOAH M. BEAN, ESQ.

4
**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2017, I served the following document:

**NOTICE OF REMOVAL BY DEFENDANT EXHIBIT "A"**

**28 U.S.C §1443**

**AND**

**NOTICE OF INTERESTED PARTIES**

by First Class U.S. mail on the following parties:

> TFLG, a Law Corporation
> Eric G. Fernandez
> Noah M. Bean
> 202 Cousteau Place, Suite 260
> Davis CA 95618

Dated: October 1, 2017

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


_____
Noe Alejandro Granados G